Crystal L. Van Der Putten – SBN 227262
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
Email: cvanderputten@livingstonlawyers.com

Attorneys for Defendants
PATRICIA L. BUSK and MICHAEL C. BUSK,
individually and as trustees of the Patricia and
Michael Busk Trust Dated April 6, 2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>                    Plaintiff,<br><br>         v.<br><br>PATRICIA L. BUSK, in individual and representative capacity as trustee of the Patricia and Michael Busk Trust Dated April 6, 2016; MICHAEL C. BUSK, in individual and representative capacity as trustee of the Patricia and Michael Busk Trust Dated April 6, 2016,<br><br>                    Defendants. | Case No. 3:21-cv-07854-EMC<br><br>**FURTHER STIPULATION TO ENLARGE TIME TO RESPOND TO INITIAL COMPLAINT AND COMPLETE JOINT SITE INSPECTION**<br><br>Complaint Filed:  10/07/21<br>Trial Date:  None |

Plaintiff BRIAN WHITAKER ("Plaintiff"), and defendants PATRICIA L. BUSK and MICHAEL C. BUSK, individually and as trustees of the Patricia and Michael Busk Trust Dated April 6, 2016, (collectively "Defendants"), pursuant to Northern District Civil Local Rule 6-1(a), previously stipulated to enlarge Defendants' time to file their responsive pleading from December 12, 2021, to January 12, 2022.  The parties are engaged in settlement negotiations and wish to further enlarge Defendants' time to file a responsive pleading from January 12, 2022 to January 26, 2022.

The parties further wish to extend their time to complete a Joint Site Inspection from February 4, 2022, to February 18, 2022, as well as all related dates and deadlines.

---

*Whitaker v. Busk, et al.,* Case No. 3:21-cv-07854-EMC
FURTHER STIPULATION TO ENLARGE TIME TO RESPOND TO INITIAL COMPLAINT AND COMPLETE JOINT SITE INSPECTION
-1-

This extension alters the last day for the parties to complete the site inspection, but does not alter other events or deadlines set forth in the Court's October 7, 2021, Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act Title II & III (42 U.S.C. §§ 12131-89).

**IT IS SO STIPULATED.**

Dated:  January 12, 2022                                   LIVINGSTON LAW FIRM

By: _/s/ Crystal L. Van Der Putten_
Crystal L. Van Der Putten
Attorneys for Defendants
PATRICIA L. BUSK and MICHAEL C. BUSK, individually and as trustees of the Patricia and Michael Busk Trust Dated April 6, 2016

Dated:  January 12, 2022                                   CENTER FOR DISABILITY ACCESS

By: _/s/ Amanda Seabock_
Amanda Seabock
Attorneys for Plaintiff
BRIAN WHITAKER

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 12, 2022                                   LIVINGSTON LAW FIRM

By: _/s/ Crystal L. Van Der Putten_
Crystal L. Van Der Putten
Attorneys for Defendants
PATRICIA L. BUSK and MICHAEL C. BUSK, individually and as trustees of the Patricia and Michael Busk Trust Dated April 6, 2016

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen — Dated: 1/12/2022]

_Whitaker v. Busk, et al._, Case No. 3:21-cv-07854-EMC
FURTHER STIPULATION TO ENLARGE TIME TO RESPOND TO INITIAL COMPLAINT AND COMPLETE JOINT SITE INSPECTION